# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARTOR KIKI BROWN,                : | |
|                          **Plaintiff,**   : | |
|                                    : | **CIVIL ACTION** |
|        v.                                                    : | No. 16-2255 |
| UPPER DARBY POLICE DEPT., ET AL.   : | |
|                         **Defendants.**    : | |

**McHUGH, J.**                                                                                                            February 13, 2020

## ORDER

This 13th day of February, 2020, for the reasons stated in the accompanying Memorandum Opinion, Defendants' Motions for Summary Judgment (ECF 72 and 73) are **GRANTED**. Plaintiff's Cross-Motion for Summary Judgment (ECF 77) is **DENIED**. Plaintiff's Amended Complaint (ECF 25) is **DISMISSED** with prejudice.

                                                                                                   /s/ Gerald Austin McHugh
                                                                                                    United States District Judge